UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| -against- | No. 22 CR 392 (LAP) |
| ISHAN WAHI, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is holding a proceeding in this case today, May 9, 2023 at 11:00 a.m. EST.  Members of the public may listen in using the following listen-only conference line: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    May 9, 2023
            New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge